**Muhammad EURY, Plaintiff–Appellant,**

v.

**Ronald ANGELONE; Gene Johnson; Duncan Mills; Gary Bass, Defendants–Appellees.**

No. 01–7003.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 27, 2001.

Muhammad Abd Saleem Eury, pro se.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Muhammad Abd Saleem Eury, a state of Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and agree that Eury's complaint fails to state a claim. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Eury v. Angelone,* No. CA–01–257–1–2 (E.D. Va. June 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*